UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HAI FENG XIE, *on behalf of himself and others similarly situated,*

Plaintiff,

v.

HANAMI WESTWOOD INC., d/b/a HANAMI RESTAURANT, ERIC CHEN, CHIEN MIN KUO, KAM YOKE LEONG, and SAM LINDER,

*Defendants.*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

2:19-cv-04778-KM-SCM

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the below-identified parties, that the above-captioned action and all claims asserted therein, or that could have been asserted therein be, and hereby are, dismissed with prejudice against all of the Defendants without costs, attorneys' fees, fees or expenses to either party and with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Flushing, New York
Dated:

Qinyu Fan, Esq.
Hang & Associates, PLLC
136-20 38th Ave, Suite 10G
Flushing, New York 11354
*Attorney for Plaintiff*

Fort Lee, New Jersey
Dated: January 2, 2020

Michael K. Chong, Esq.
Law Offices of Michael K. Chong, LLC
2 Executive Drive, Suite 240
Fort Lee, New Jersey 07024
*Attorney for Defendants*

SO ORDERED:

1/10/2020